## 15618. CLEVELAND v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence and the overruling of the motion for a new trial was not error for any reason assigned.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 15, 1924.

Indictment for possession of liquor; from Hart superior court—Judge W. L. Hodges. April 17, 1924.

*J. A. McDuff*, for plaintiff in error.

*A. S. Skelton, solicitor-general*, contra.

---

## 15626. CLORE v. THE STATE.

BLOODWORTH, J. The motion for a new trial contained no special grounds. Under the ruling in *Avery* v. *State*, 12 *Ga. App.* 562 (77 S. E. 892), the evidence is sufficient to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 15, 1924.

Conviction of fornication; from Whitfield superior court—Judge Tarver. April 26, 1924.

*George G. Glenn, John C. Mitchell*, for plaintiff in error.

*Joseph M. Lang, solicitor-general*, contra.

---

## 15627. PAINTER v. THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only and the evidence authorized the verdict.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 15, 1924.

Conviction of fornication; from Whitfield superior court—Judge Tarver. April 26, 1924.

*George G. Glenn, John C. Mitchell*, for plaintiff in error.

*Joseph M. Lang, solicitor-general*, contra.